# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHRIS J. JACOBS, III,**

    **Plaintiff,**

    v.                                              **Case No. 07-C-0306**

**DANE COUNTY CLERK OF COURT,
MATTHEW J. FRANK and
WARDEN SCHNEITER,**

    **Defendants.**

## DECISION AND ORDER

Plaintiff, Chris J. Jacobs, III, filed this *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 and is proceeding *in forma pauperis*. By order dated June 19, 2007, the court screened the complaint and determined that the plaintiff's allegations failed to put the defendants on notice of the claims against them. Therefore, the plaintiff was advised that, if he wished to pursue this action, he should file an amended complaint curing the deficiencies in the original complaint by July 18, 2007. Subsequently, in an order of July 18, 2007, the plaintiff was given an extension of time until August 13, 2007, in which to file an amended complaint.

To date, the plaintiff has not filed an amended complaint. The plaintiff has been warned that failure to timely file an amended complaint could result in dismissal of this case. From his failure to file an amended complaint, this court infers that the plaintiff no longer wants to prosecute this action. Therefore, the court will dismiss this case, without prejudice,

for failure to prosecute. The plaintiff may file a motion for reinstatement within 30 days if: (1) he files an amended complaint that is complete in itself without reference to the original complaint; (2) he offers reasons in support of his failure to timely file an amended complaint; and (3) he indicates that he wishes to pursue this case. *See* Civil L.R. 41.3 (E.D. Wis.).

**NOW, THEREFORE, IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly.

Dated at Milwaukee, Wisconsin this 15th day of August, 2007.

**SO ORDERED,**

s/ Rudolph T. Randa
**HON. RUDOLPH T. RANDA**
**Chief Judge**