# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

CHRIS J. JACOBS, III,

    Plaintiff

    v.                     CASE NUMBER: 07-C-306

DANE COUNTY CLERK OF COURT,
MATTHEW J. FRANK and WARDEN SCHNEITER,

    Defendant

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** this action is **DISMISSED WITHOUT PREJUDICE.**

| | |
|---|---|
| August 15, 2007 | JON W. SANFILIPPO |
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |